PROB 12B
(D/VT 10/22)

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2024 SEP -5 PM 1:26
CLERK
BY DEPUTY CLERK

# United States District Court

**for the**

**District of Vermont**

## Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender

**(Probation Form 49, Waiver of Hearing is Attached)**

Name of Offender: Eddie Clark Case Number: 1:09CR00049-1

Name Judicial Officer: The Honorable Christina Reiss, Chief U.S. District Judge, District of Vermont

Date of Original Sentence: 7/13/2010

Date of Revocation (if applicable): 8/11/2022

Original Offense: Conspiracy to Distribute Five (5) or More Grams of Cocaine Base

Original Sentence: 144 months custody of the Federal Bureau of Prisons, to be followed by eight (8) years of supervised release

Sentence on Revocation:

Type of Supervision: Term of Supervised Release Date Supervision Commenced: 12/16/2022

PETITIONING THE COURT

[ ] To modify the conditions of supervision as follows:

**Reduction of supervised release by 18 months.**

CAUSE

On July 13, 2010, after having earlier pled guilty to Conspiracy to Distribute Five (5) or More Grams of Cocaine Base, Clark appeared before the Honorable J. Garvan Murtha, and was sentenced to the custody of the Federal Bureau of Prisons for a period of 144 months, to be followed by an eight-year term of supervised release with special conditions for substance abuse treatment and testing and a search condition. On October 2, 2020, Clark commenced his eight-year term of supervised release, which was scheduled to expire on October 1, 2028.

Clark last appeared before Your Honor on August 11, 2022, for a final revocation hearing for committing a new state crime. He was sentenced to a term of imprisonment of 16 months, with credit for time served, and to run concurrent to the state court sentence imposed and followed by the remaining term of supervised release.

On December 16, 2022, Clark commenced his second term of supervised release, which is scheduled to expire October 1, 2028.

On March 1, 2023, Clark commenced participation in the Federal Re-Entry Court. While in re-entry court, Clark incurred violations that included unapproved contact with felons and people engaged in criminal activity. The violations were addressed and sanctioned within the re-entry court.

On July 17, 2024, Clark successfully completed the Federal Re-Entry Court Program. A successful completion of the Re-Entry Court program is rewarded with a reduction of supervised released up to 18 months. It is respectfully recommended that Your Honor order the reduction in supervised release noted above.

Respectfully Submitted,

Mary Seller

Mary Seller
U.S. Probation Officer

==================================================================

THE COURT ORDERS:

[ ] No Action
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

9/5/24
Date